No. 1,862.—MILLER, APPELLANT, *v.* NORTHERN PACIFIC RY. CO., RESPONDENT.

*Appeal from District Court, Yellowstone County; C. H. Loud, Judge.*

On motion to dismiss appeal.

Decided December 9, 1902.

PER CURIAM.—The motion to dismiss the appeal herein is sustained, and the appeal is accordingly dismissed.

*Mr. Gib A. Lane,* for Appellant.

*Mr. William Wallace, Jr.,* for Respondent.

------

No. 1,897.—STATE EX REL. NEIHOF, RELATOR, *v.* OLSON, JUSTICE OF THE PEACE, RESPONDENT.

Original—*Certiorari.*

Decided December 11, 1902.

PER CURIAM.—The application for a writ of *certiorari* herein is denied.

*Mr. C. M. Parr,* and *Mr. G. J. Langford,* for Relator.